THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN B. DORIS, Appellant.

*People* v. *Doris,* 14 App. Div. 117, appeal dismissed.
(Argued June 14, 1897; decided October 5, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 10, 1897, which affirmed a judgment of the Court of Special Sessions of the city and county of New York, convicting the defendant of the misdemeanor of maintaining a public nuisance.

*Ira Leo Bamberger* for appellant.

*John D. Lindsay* for respondent.

Appeal dismissed, with costs; no opinion.
All concur, except GRAY, J., absent.

BENIGNO S. SUAREZ, as Executor, etc., of HYACINTH S. SUAREZ, Deceased, Appellant, *v.* ISABELLA DE MONTIGNY et al., Respondents.

*Suarez* v. *de Montigny,* 1 App. Div. 494, affirmed.
(Argued June 14, 1897; decided October 5, 1897.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 3, 1896, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*John E. Parsons* for appellant.

*Robert Kelly Prentice* and *Alfred J. Taylor* for respondents.

Judgment affirmed on opinions below, with costs.
All concur, except GRAY, J., absent.